United States District Court

Eastern District of California

Harry Nelson Miller,

    Petitioner,

vs.

David L. Runnels,

    Respondent.

No. Civ. S 04-1154 LKK PAN P

Order

-oOo-

June 14, 2005, petitioner requested an extension of time to file and serve a reply. Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: June 23, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge