IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARRY NELSON MILLER,

        Petitioner,               No. CIV S-04-1154 LKK EFB P

    vs.

DAVID L. RUNNELS,

        Respondent.         <u>ORDER</u>

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On May 5, 2008, petitioner inquired into the status of this case and alerted the court to the fact that this matter has been submitted for decision for almost two years.

      The background of this case is relatively straightforward. The matter proceeds on the initial petition, which was transferred to this court on June 16, 2004. Respondent answered on August 19, 2004, and petitioner filed a reply on June 28, 2005. The matter therefore is submitted for decision and, in due course, the court will issue findings and recommendations. However, this court faces a tremendous backlog of habeas petitions. From 2004 through 2007, California prisoners commenced more than 3,500 actions seeking habeas corpus relief from the United States District Court for the Eastern District of California. Thus, while the court is aware that petitioner's application has been submitted for some time now, others have been submitted

1  longer.  It is the policy of this court to resolve habeas petitions in the order in which they were

2  submitted for decision.  The court is aware of petitioner's case and as long as petitioner keeps the

3  court informed of any change of address, no further action on his part is necessary.

4       So ordered.

5  Dated:  May 28, 2008.

6       EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26